[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 3, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-10444
Non-Argument Calendar

_____

D. C. Docket No. 06-00101-CR-KD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HENRY CLIFFORD JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(October 3, 2007)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Henry Clifford Johnson on this

direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**. Johnson's motion for new counsel is, accordingly, **DENIED**.